Plaintiff Omar Santa-Perez is submitting in writing a change in correspondence delivery. The pervious mailing address noted as:

717 S Fred Shuttlesworth Cir
Cincinnati, OH 45229

Shall no longer be valid form of reaching the Plaintiff by mail orders. The following mailing address of

P.O. 375
North Bend, OH 45052

P.O. Box 375 North Bend, OH 45052 will be the new mailing address for Plaintiff's mail order.

Case # 1:18-cv-00059-SJD-KLL

*Omar Santa [signature]*

2

CERTIFICATE OF SERVICE

I hereby certify that on this date, I mailed/presented a copy of this document to the Clerk of Courts for filing. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered as users of the Court's ECF system. A copy of this pleading will be sent by ordinary mail to the following unrepresented party/parties this __26__ day of __March__ 20_18_.

_____
Signature