IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Omar Santa-Perez,

    Plaintiff(s),

vs.

NBC Universal, Inc., et al.,

    Defendant(s).

Case Number: 1:18cv59

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 23, 2018 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 7, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court